IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL COVORRUBIO,

    Plaintiff,                               No. CIV S-06-2801 DFL GGH P

    vs.

MIKE POULAS,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action[1] pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

---

[1] Although plaintiff has submitted his allegations on a form for a Central District habeas petition under 28 U.S.C. § 2254, he challenges only conditions of his prison confinement, claiming violations under the Eighth Amendment.

1 of the action is situated, or (3) a judicial district in which any defendant may be found, if there is
2 no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).
3    In this case, none of the defendants reside in this district.  The claim arose in San
4 Bernardino County, which is in the Central District of California.  Therefore, plaintiff's claim
5 should have been filed in the United States District Court for the Central District of California.
6 In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
7 correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir.
8 1974).
9    Accordingly, IT IS HEREBY ORDERED that:
10    1.  This court has not ruled on plaintiff's request to proceed in forma pauperis; and
11    2.  This matter is transferred to the United States District Court for the Central
12 District of California.
13 DATED: 12/22/06           /s/ Gregory G. Hollows
14                 UNITED STATES MAGISTRATE JUDGE

GGH:009
15 covo2801.21

2